**No. 41594.**—Protest 879632–G of Ovington Bros. Co. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claim made. The protest was therefore overruled.

**No. 41595.**—Protest 927967–G of M. Steinmarder, Inc. (New York).

Opinion by CLINE, J. It appeared that the fur skins were not capable of being marked. They were packed in a second-hand wooden box covered with burlap. The case was marked "U. S. S. R." and the burlap was marked "Austria." The country of origin of the skins was Austria. It was found that the wooden case was the immediate container of the fur skins. As neither the case nor the skins were legally marked when imported the protest was overruled. *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104) followed. *Arden* v. *United States* (C. D. 25) cited.

**No. 41596.**—Protest 950572–G of Armenian Importing Co. (New York).

Opinion by CLINE, J. The protest was submitted without evidence in support of the claims made. On the record presented it was overruled.

**No. 41597.**—Protests 767592–G, etc., of R. W. Gresham (Cleveland).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Ironized Yeast Co.* v. *United States* (T. D. 48570) the dried brewers' yeast in question was held entitled to free entry under paragraph 1669 as claimed.

**No. 41598.**—Protest 981849–G of Wm. Filene's Sons Co. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 41599.**—Protest 936118–G of Manniello Bros. & Mayrsohn, Inc. (New York).

Opinion by KEEFE, J. From the evidence it was found that 72 crates of peppers in excess of the quantity exported were entered through an error. As duty is not assessable on merchandise that was never landed, the protest was sustained.

**No. 41600.**—Protest 946654–G of Pacific Vegetable Oil Corp. (San Francisco).

Opinion by KEEFE, J. From the evidence it was found that the importer used a more accurate computation of the weight in question than the Government. The protest was therefore sustained.